UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER M. MURPHY,

                    Plaintiff,      **No. 6:17-cv-06339(MAT)**
                                           **ORDER**
      -vs-

JOHN DOE NUMBER ONE and JOHN DOE
NUMBER TWO, BEING individuals employed
by the City of Elmira, whose Actual
Names and Identities are Unknown at
this Time; JOHN DOE NUMBER THREE, JOHN
DOE NUMBER FOUR and JOHN DOE NUMBER
FIVE, being Individuals Employed as
Deputy Sheriffs by the County of
Chemung and Chemung County Sheriff's
Department, whose Actual Names and
Identities are Unknown at this Time,

                      Defendants.

---

By Order dated September 25, 2017, the Court ordered *pro se* plaintiff Christopher M. Murphy ("plaintiff")to file an amended complaint with 30 days. The Court is in receipt of a letter from plaintiff dated October 25, 2017, requesting a brief extension of time in which to file his amended complaint. Plaintiff's request is hereby granted, and his time to file his amended complaint is extended to October 31, 2017.

Accordingly, it is hereby:

**ORDERED** that plaintiff shall submit an amended complaint no later than October 31, 2017; and it is further

-1-

**ORDERED** that upon submission of the amended complaint, Summonses shall be issued and the Court shall direct service on the named defendants.

**ALL OF THE ABOVE IS SO ORDERED.**

                                         s/ Michael A. Telesca

                                       HON. MICHAEL A. TELESCA
                                       United States District Judge

Dated:    October 26, 2017
            Rochester, New York.