# BARCLAY DAMON LLP

Jeremy J. Hourihan
*Associate*

September 18, 2018

**VIA FAX : (585) 613-4085**

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614



RECEIVED
SEP 18 2018
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re: Murphy v Elmira
Index No: 17-CV-6339T

Dear Judge Payson:

I write this letter to respectfully request a brief extension of time to serve Plaintiff with the Rule 26 mandatory disclosures. I have nearly all of the documents, but I am awaiting a few more from my client. I expect to get them in the next few days. I would like to disclose all of the documents at one time. An extension until this Friday, September 21, 2018, should be perfectly adequate.

If you the Court is amenable with this request, please advise at your earliest convenience. If you have any questions, or need any other information, feel free to contact me. I have put Plaintiff on notice of this request by copy of this letter sent by regular mail. Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ *Jeremy J. Hourihan*
Jeremy J. Hourihan

JJH:sb
cc: Christopher Murphy

Request granted.
SO ORDERED
Marian W Payson
US Magistrate Judge
9/19/18