UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**CHRISTOPHER MURPHY,**

        *Plaintiff,*

-vs-

**ANDREW C. HUGHSON, FRANK B. HILLMAN, DANIEL HOWE, GLENN GUNDERMAN, WILLIAM WASHBURN, JOSEPH SPENCER, and DAVID STRONG,**

        *Defendants.*

Civil No.:  6:17-CV-6339-MAT

### NOTICE OF MOTION

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| Motion By: | Barclay Damon LLP<br>*Attorneys for Defendants*<br>*Daniel Howe, Glenn Gunderman, William Washburn, Joseph Spencer, and David Strong* |
| Return Date: | March 11, 2020 at 10:00 a.m. before the Hon. Marian W. Payson, United States Magistrate Judge for the for the Western District of New York, Kenneth B. Keating Federal Building and U.S. Courthouse, 100 State Street, Rochester NY 14614. |
| Supporting Papers: | Declaration of Paul A. Sanders with exhibits, and Memorandum of Law. |
| Relief Requested: | An Order (1) compelling Plaintiff to serve responses to Defendants' First Set of Interrogatories and First Requests for Production pursuant to Fed. R. Civ. P. 37(a); (2) compelling Plaintiff to appear for his party deposition on a date certain pursuant to Fed. R. Civ. P. 37(d); as well as such other and further relief as this Court may deem just and proper. |

| | |
|---|---|
| **DATED: February 12, 2020** | **BARCLAY DAMON LLP** |
| | By: <u>  s/ Paul A. Sanders  </u><br>    Paul A. Sanders<br>    Kayla A. Arias |

*Attorneys for Defendants*
*Daniel Howe, Glenn Gunderman, William Washburn, Joseph Spencer, and David Strong*
Office and Post Office Address
100 Chestnut Street, Suite 2000
Rochester, New York 14604
Telephone: (585) 295-4426
Email: psanders@barclaydamon.com

19990470

## CERTIFICATE OF SERVICE

I certify that on February 12, 2020, I filed a copy of the foregoing document, as well as the accompanying documents, with the Clerk of the Court via the CM/ECF system, which gave notice to all counsel who have made an appearance in this action, and caused a true and correct copy of the foregoing, to be served upon the plaintiff, via first class, mail addressed as follows: Christopher M. Murphy, 105 Geneva Street, Apartment 237, Bath, New York 14810.

s/Kayla A. Arias
Kayla A. Arias

19990470