# Exhibit D

## Recipient Information

**To:  Kayla A. Arias, Esq.,**
**Company: Barclay Damon LLP**
**Fax #: 13157037306**

faxZERO.com
*send a fax for free*

## Sender Information

**From: Christopher Murphy**
**Company: -**
**Email address: christophermurphy@netzero.com (from 24.24.6.118)**
**Phone #: 6076646717**
**Sent on: Thursday, January 16 2020 at 3:40 PM EST**


To: Kayla  A. Arias, Esq.,

From: Christopher M. Murphy

Re: Murphy v. Hughson et al.

Date: January 15th, 2020


Dear Ms. Arias:


I will not be attending the deposition that you scheduled for this Friday, January 17th, 2020.


Yours,

Christopher M. Murphy

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #25990596. We will add your fax number to the block list.

**Arias, Kayla A.**

---

| | |
|---|---|
| **From:** | christophermurphy@netzero.net |
| **Sent:** | Thursday, January 16, 2020 3:33 PM |
| **To:** | Arias, Kayla A. |
| **Subject:** | Deposition |

To: Kayla A. Arias, Esq.,
From: Christopher M. Murphy
Re: Murphy v. Hughson et al.
Date: January 15th, 2020

Dear Ms. Arias:

I will not be attending the deposition that you scheduled for this Friday, January 17th, 2020.

Yours,

Christopher M. Murphy

_____
She's 46, But Looks 25. This Is What She Does Every Day removethewrinkles.com
http://thirdpartyoffers.netzero.net/TGL3231/5e20c889c8f2d48892debst01duc